United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **YZ Enterprise Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **34-1590297** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1930 Indian Wood Circle**<br>**Maumee, OH 43537**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lucas**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **almondina.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

24-31033-jpg    Doc 1    FILED 05/31/24    ENTERED 05/31/24 13:16:18    Page 1 of 55

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    0311

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
|---|---|---|

If more than 2 cases, attach a separate list.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
■ 50-99               ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000       ☐ More than100,000
☐ 200-999

**15.** **Estimated Assets**

☐ $0 - $50,000            ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000            ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 31, 2024**
              MM / DD / YYYY

**X** **/s/ Tamar Markham**                                **Tamar Markham**
Signature of authorized representative of debtor           Printed name

Title   **CEO**

**18. Signature of attorney**

**X** **/s/ Eric Neuman**                        Date   **May 31, 2024**
Signature of attorney for debtor                        MM / DD / YYYY

**Eric Neuman**
Printed name

**Diller and Rice, LLC**
Firm name

**124 East Main Street**
**Van Wert, OH 45891**
Number, Street, City, State & ZIP Code

Contact phone   **419-238-5025**          Email address   **Steven@drlawllc.com; Kim@drlawllc.com; Eric@drlawllc.com**

**0069794 OH**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **YZ Enterprise Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 31, 2024**     *X* **/s/ Tamar Markham**
_____
Signature of individual signing on behalf of debtor

**Tamar Markham**
_____
Printed name

**CEO**
_____
Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| | |
|---|---|
| Debtor name | **YZ Enterprise Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF OHIO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arcbest P.O. Box 10048 Fort Smith, AR 72917** | | **Trade Creditor** | **Unliquidated** | | | **$19,112.21** |
| **Bank of America P.O. Box 660441 Dallas, TX 75266** | | **Credit Card** | **Unliquidated** | | | **$28,898.61** |
| **BAPU Almond Co. 24341 AVENUE 14 Madera, CA 93637** | | **Trade Creditor** | **Unliquidated** | | | **$170,867.50** |
| **Channel Partners Capital 10900 Wayzata Blvd Suite 300 Hopkins, MN 55305** | | **Merchant Cash Advance** | **Unliquidated** | | | **$175,000.00** |
| **Crystal Lake LLC P.O. Box 251 Atwood, IN 46502** | | **Trade Creditor** | **Unliquidated** | | | **$40,222.05** |
| **Headway Capital 175 W. Jackson Blvd., Suite 1000 Chicago, IL 60604** | | **Merchant Cash Advance** | **Unliquidated** | | | **$22,838.00** |
| **Jason Markham 29227 East River Road Perrysburg, OH 43551** | | **Unpaid Wages** | | | | **$20,000.00** |
| **Logistic Freight Solutions Inc. P.O. Box 227008 Miami, FL 33222** | | **Trade Creditor** | **Unliquidated** | | | **$24,892.94** |
| **Northview Capital LLC 2516 Waukegan Road, Suite 385 Glenview, IL 60025** | | **Financing UCC filed at OH00270806034** | **Unliquidated** | **$225,902.00** | **$0.00** | **$225,902.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **OnDeck 4700 W. Daybreak Pkwy. Suite 200 South Jordan, UT 84009** | | **Merchant Cash Advance** | **Unliquidated** | | | **$250,000.00** |
| **Phoenix Services 5800 Monroe Street Suite B Sylvania, OH 43560** | | **Trade Creditor** | **Unliquidated** | | | **$37,166.32** |
| **PPC Flexible Packaging 1111 Busch Parkway Buffalo Grove, IL 60089** | | **Trade Creditor** | **Unliquidated** | | | **$129,674.00** |
| **Renhill HR on Demand 2650 N. Reynolds Road Toledo, OH 43615** | | **Trade Creditor** | **Unliquidated** | | | **$39,389.87** |
| **Suval Investments LLC 616 MANITOU DRIVE Maumee, OH 43537** | | **Unpaid rent for property at 1930 Indian Wood Circle, Maumee, Ohio.** | | | | **$181,100.00** |
| **Tailer Trading Group Inc. P.O. Box 692 Blairstown, NJ 07825** | | **Trade Creditor** | **Unliquidated** | | | **$27,061.08** |
| **Tamar Markham 29227 East River Road Perrysburg, OH 43551** | | **Unpaid Wages** | **Unliquidated** | | | **$25,200.00** |
| **TVT Capital 1407 Broadway New York, NY 10018** | | **Merchant Cash Advance** | **Unliquidated** | | | **$30,000.00** |
| **Unique Funding Solutions 71 S Central Ave Valley Stream, NY 11580** | | **Merchant Cash Advance UCC filed. Believe to be unsecured under 11 U.S.C. 506** | **Unliquidated** | | | **$93,806.63** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Small Business Administration District Counsel 1350 Euclid Avenue, Suite 211 Cleveland, OH 44121-5000** | | **Claims Secured Interest pursuant to UCC-1: OH00259283877 Subordinated to interest of Northview. Believe claim is unsecured pursuant to 11 U.S.C. 5** | **Unliquidated** | | | **$2,000,000.00** |
| **Yuval and Susan Zailouk 616 Manitou Drive Maumee, OH 43537** | | **Loans to Company** | | | | $39,356.05 |

Debtor name    **YZ Enterprise Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................... $     0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $     811,199.99

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................... $     811,199.99

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     225,902.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     45,200.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     3,467,085.45

4.   **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b     $     3,738,187.45

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Huntington Bank** | **Checking** | **9967** | **$14,352.84** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$14,352.84**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **32,120.41**    -    **0.00**    = ....    **$32,120.41**

               face amount              doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | | | | $32,120.41 |
|---|---|---|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:  Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Raw Material Inputs for manufacture of cookies and related items.** **See attached List** | | $0.00 | | $115,503.30 |
| 20. | **Work in progress** **Work in Progress for manfacture of cookies and related items.** **See attached list.** | | $0.00 | | $10,217.31 |
| 21. | **Finished goods, including goods held for resale** **Finished cookies and other related products.** **See attached list.** | | $0.00 | Revenue based | $53,376.01 |
| 22. | **Other inventory or supplies** **Packaging supplies** **See attached list** | | $0.00 | Recent cost | $326,812.13 |
| | **Marketing Supplies** **See attached list.** | | $0.00 | | $15,817.99 |

| 23. | **Total of Part 5.** | | | | $521,726.74 |
|---|---|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No

| ■ Yes. Book value | 0.00 | Valuation method | | Current Value | 17,500.00 |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>See attached List | $1,120.90 | Appraisal (FMV) | $2,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Software<br>See attached List | $2,650.18 | | $0.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $2,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☐ No
   ■ Yes

**Part 8: Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|---|---|---|---|---|

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
|---|---|---|---|---|

| 49. | **Aircraft and accessories** | | | |
|---|---|---|---|---|

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Building Improvements. See attached List Property of landlord, Suval, under lease agreement.** | $248,683.45 | N/A | $0.00 |
|---|---|---|---|---|
| | **Equipment See attached List.** | $8,407.21 | Appraisal/FMV | $216,000.00 |
| | **Tools and Dies See attached List** | $21,622.42 | N/A | $0.00 |
| | **BPI Bagging System** | $0.00 | Appraisal | $25,000.00 |

| 51. | **Total of Part 8.** | $241,000.00 |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

<div style="background:black;color:white;display:inline-block">Part 9:</div> **Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

<div style="background:black;color:white;display:inline-block">Part 10:</div> **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets Trademarks See attached list** | $6,447.90 | N/A | Unknown |

24-31033-jpg    Doc 1    FILED 05/31/24    ENTERED 05/31/24 13:16:18    Page 14 of 55

61.     **Internet domain names and websites**

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**

        Add lines 60 through 65. Copy the total to line 89.

|  | $0.00 |
|---|---|

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

Part 11:     **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
        Include all interests in executory contracts and unexpired leases not previously reported on this form.

        ■ No.  Go to Part 12.
        ☐ Yes Fill in the information below.

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,352.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $32,120.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $521,726.74 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $241,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $811,199.99 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $811,199.99 |

Debtor name    **YZ Enterprise Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Northview Capital LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Financing**<br>**UCC filed at OH00270806034** | $225,902.00 | $0.00 |

**2516 Waukegan Road, Suite 385**
**Glenview, IL 60025**
Creditor's mailing address

Describe the lien
**Blanket Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4-13-2023**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$225,902.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Debtor name **YZ Enterprise Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
 amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | **$0.00** | **$0.00** |

**2.1** Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box  7346**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Total claim **$0.00**   Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2** Priority creditor's name and mailing address
**Jason Markham**
**29227 East River Road**
**Perrysburg, OH 43551**

As of the petition filing date, the claim is:
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$20,000.00**   Priority amount **$4,339.90**

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

24-31033-jpg    Doc 1    FILED 05/31/24    ENTERED 05/31/24 13:16:18    Page 18 of 55

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Bureau of Workers' Compensatio**
**Attn: Law Section Bankruptcy Unit**
**PO Box 15567**
**Columbus, OH 43215**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Department of Job & Family Ser**
**P.O. Box 182830**
**Columbus, OH 43218**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Dept. of Taxation**
**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,200.00 | $1,800.00 |
|---|---|---|---|---|

**Tamar Markham**
**29227 East River Road**
**Perrysburg, OH 43551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **YZ Enterprise Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.55 |
|---|---|---|---|

**Absopre Water Company**
Dept #11-130103
P.O. Box 701760
Plymouth, MI 48170

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,538.66 |
|---|---|---|---|

**American Express**
P.O. Box 60189
City of Industry, CA 91716

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **4007**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $393.29 |
|---|---|---|---|

**Antibus Scales and Systems**
705 West Newton
Bowling Green, OH 43402

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,112.21 |
|---|---|---|---|

**Arcbest**
P.O. Box 10048
Fort Smith, AR 72917

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.40 |
|---|---|---|---|

**Arrowhead Architectural**
P.O. Box 430
    OH 45537

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445.75 |
|---|---|---|---|

**B&B Box Company**
26490 Southpoint Road
Perrysburg, OH 43551

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,898.61 |
|---|---|---|---|

**Bank of America**
P.O. Box 660441
Dallas, TX 75266

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **1389**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170,867.50 |
|---|---|---|---|

**BAPU Almond Co.**
**24341 AVENUE 14**
**Madera, CA 93637**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,179.46 |
|---|---|---|---|

**Bell Flavors**
**10618 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,178.93 |
|---|---|---|---|

**Bon Sales and marketing**
**3742 Crown Hill Drive**
**Santa Rosa, CA 95409**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346.00 |
|---|---|---|---|

**BPI Equipment**
**12655 Sandy Drive**
**Granger, IN 46530**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $524.17 |
|---|---|---|---|

**Brighthouse**
**P.O. Box 4262**
**Clinton, IA 52733**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,000.00 |
|---|---|---|---|

**Channel Partners Capital**
**10900 Wayzata Blvd**
**Suite 300**
**Hopkins, MN 55305**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __1-10-2023__

Last 4 digits of account number __

Basis for the claim: __Merchant Cash Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.06 |
|---|---|---|---|

**Complete Refrigeration, LLC**
**9970 Old Airport Highway**
**Monclova, OH 43542**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,222.05 |
|---|---|---|---|

**Crystal Lake LLC**
**P.O. Box 251**
**Atwood, IN 46502**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,413.26 |
|---|---|---|---|

**Detroit Forming**
**3707 W. Maple Road**
**Suite 100**
**Bloomfield Hills, MI 48301**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,341.46 |
|---|---|---|---|

**Fed Ex Freight**
**P.O. Box 223125**
**Pittsburgh, PA 15251**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,732.08 |
|---|---|---|---|

**Foremost**
**19211 144th Avenue NE**
**Woodinville, WA 98072**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Franklin Capital Holdings LLC**
**600 Central Ave**
**Suite 212**
**Highland Park, IL 60035**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Factor Financing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,268.95 |
|---|---|---|---|

**Grace Imaging LLC**
**1722 Indian Wood Circle**
**Maumee, OH 43537**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $419.00 |
|---|---|---|---|

**Great lakes Scientific**
**2847 Lawrence Street**
**Stevensville, MI 49127**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $913.00 |
|---|---|---|---|

**Grote Company**
Dept. L-1021
Columbus, OH 43260

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Trade Creditor</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,838.00 |
|---|---|---|---|

**Headway Capital**
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>6-23-23</u>

Last 4 digits of account number _

Basis for the claim: <u>Merchant Cash Advance</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $512.67 |
|---|---|---|---|

**Hobart Corporation**
43442 N. I-94 Service Drive
Belleville, MI 48111

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Trade Creditor</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,422.10 |
|---|---|---|---|

**Huntington FIA Card Services**
P.O. Box 15710
Wilmington, DE 19886

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $647.66 |
|---|---|---|---|

**Hygiena**
941 Avenida Acaso
Camarillo, CA 93012

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Trade Creditor</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $664.78 |
|---|---|---|---|

**Image Group**
1255 Corporate Drive
Holland, OH 43528

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Trade Creditor</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,709.78 |
|---|---|---|---|

**Ingersoll Rand Air Centers**
15768 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Trade Creditor</u>

Is the claim subject to offset? ☑ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.00 |

**Jones and Henry Laboratories**
**2567 Tracy Road**
**Northwood, OH 43619**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.49 |

**Kellermeyer Imperaldade**
**2647 Momentum Place**
**Chicago, IL 60689**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,769.00 |

**Lion Raisins**
**P.O. Box 1350**
**Selma, CA 93662**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,892.94 |

**Logistic Freight Solutions Inc.**
**P.O. Box 227008**
**Miami, FL 33222**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |

**Logistics Unlimited Pallets**
**26329 Bowman Road**
**Defiance, OH 43512**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,404.30 |

**Miami Industrial Trucks**
**P.O. Box 632616**
**Cincinnati, OH 45263**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,552.14 |

**Moriarty Machinery and Supply**
**143 Broadway**
**Toledo, OH 43604**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,820.98 |
|---|---|---|---|

**Network Lawn and Landscape**
P.O. Box 391
Maumee, OH 43537

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**OnDeck**
4700 W. Daybreak Pkwy.
Suite 200
South Jordan, UT 84009

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-30-2023**

Basis for the claim:  **Merchant Cash Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,389.23 |
|---|---|---|---|

**Opus Packaging New Bremen**
Department 6078
P.O. Box 30516

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $953.82 |
|---|---|---|---|

**Orkin Pest Control**
6537 Angola Road
Holland, OH 43528

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,676.25 |
|---|---|---|---|

**Orthodox Union**
40 Rector Street
4th Floor
New York, NY 10006

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,166.32 |
|---|---|---|---|

**Phoenix Services**
5800 Monroe Street
Suite B
Sylvania, OH 43560

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,272.05 |
|---|---|---|---|

**Piggot Ltd**
Thomas D. Pigott
Unit H
Toledo, OH 43617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,674.00 |
|---|---|---|---|

**PPC Flexible Packaging**
**1111 Busch Parkway**
**Buffalo Grove, IL 60089**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Provisions Marketing Group**
**1000 Fieldstone Court**
**Elgin, IL 60120**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,517.00 |
|---|---|---|---|

**Qualitech Co.**
**318 Lake Hazeltine Drive**
**Chaska, MN 55318**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,389.87 |
|---|---|---|---|

**Renhill HR on Demand**
**2650 N. Reynolds Road**
**Toledo, OH 43615**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.80 |
|---|---|---|---|

**Safeway Shredding**
**P.O. Box 930327**
**Wixom, MI 48393**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,956.77 |
|---|---|---|---|

**Sandusky Packaging Corp.**
**2016 George Street**
**Sandusky, OH 44870**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,110.59 |
|---|---|---|---|

**Santucci Associates**
**1010 Mill Creek Drive**
**Feasterville Trevose, PA 19053**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Schneider Son's Electric Corp**
**1556 Oak Street**
**Toledo, OH 43605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$2,875.00**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51   Nonpriority creditor's name and mailing address**

**Shumaker, Loop and Kendrick**
**P.O. Box 714625**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$598.50**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52   Nonpriority creditor's name and mailing address**

**Sofo Foods**
**253 Waggoner Blvd**
**Toledo, OH 43612**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$14,383.50**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53   Nonpriority creditor's name and mailing address**

**Superior Packaging of Toledo**
**2958 Airport Highway**
**Toledo, OH 43603**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$1,450.00**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54   Nonpriority creditor's name and mailing address**

**Suval Investments LLC**
**616 MANITOU DRIVE**
**Maumee, OH 43537**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$181,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid rent for property at 1930 Indian Wood Circle, Maumee, Ohio.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55   Nonpriority creditor's name and mailing address**

**Tailer Trading Group Inc.**
**P.O. Box 692**
**Blairstown, NJ 07825**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$27,061.08**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56   Nonpriority creditor's name and mailing address**

**The Ohio and Michigan Paper Company**
**350 4th Street**
**Perrysburg, OH 43551**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$6,269.36**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No  ☐ Yes

---

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00**

**TVT Capital**
**1407 Broadway**
**New York, NY 10018**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6-21-2023**

Last 4 digits of account number _

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,910.68**

**Unifirst Corp.**
**P.O. Box 650481**
**Dallas, TX 75265**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$255.04**

**Unifirst First Aid and Safety**
**3499 Rider Trail South**
**Brookfield, WI 53045**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$93,806.63**

**Unique Funding Solutions**
**71 S Central Ave**
**Valley Stream, NY 11580**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-6-2023**

Last 4 digits of account number _

Basis for the claim:  **Merchant Cash Advance**
**UCC filed.**
**Believe to be unsecured under 11 U.S.C. 506**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000,000.00**

**US Small Business Administration**
**District Counsel**
**1350 Euclid Avenue, Suite 211**
**Cleveland, OH 44121-5000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12-22-21**

Last 4 digits of account number  **9106**

Basis for the claim:  **Claims Secured Interest pursuant to UCC-1:**
**OH00259283877**
**Subordinated to interest of Northview.**
**Believe claim is unsecured pursuant to 11 U.S.C. 506**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$220.00**

**V&A Risk Services**
**2730 Centenial Road**
**Toledo, OH 43617**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,537.68 |

**Welch Packaging Toledo**
**P.O. Box 856421**
**Minneapolis, MN 55485**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Trade Creditor_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,356.05 |

**Yuval and Susan  Zailouk**
**616 Manitou Drive**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Loans to Company_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096** | Line **3.2**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Bank of America**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886** | Line **3.7**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Internal Revenue Service**<br>**Insolvency Group 6**<br>**1240 East Ninth Street, Room 493**<br>**Cleveland, OH 44199** | Line **2.1**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Ohio Attorney General**<br>**Collections Enforcement Section**<br>**Attention: Bankruptcy Unit**<br>**30 East Broad St., 16th Floor**<br>**Columbus, OH 43215** | Line **2.5**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Unique Funidng Solutions**<br>**1915 Hollywood Blvd**<br>**Suite 200**<br>**Hollywood, FL 33020** | Line **3.60**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **United States Attorney**<br>**Suite 308, Four Seagate, Third Fl.**<br>**Toledo, OH 43604** | Line **3.61**<br><br>☐ Not listed. Explain ____ | __ |

---

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 45,200.00 |
| **5b. Total claims from Part 2** | 5b. | + $ 3,467,085.45 |

Debtor    **YZ Enterprise Inc.**
          Name                                              Case number (if known) _____

**5c. Total of Parts 1 and 2**
     Lines 5a + 5b = 5c.                              5c.    $ _____ 3,512,285.45

Fill in this information to identify the case:

Debtor name  **YZ Enterprise Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **BPI Bagging System** | |
| State the term remaining | **Amur Equipment Finance, Inc** **PO Box 202136** **Florence, SC 29502** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Lease of Bowlift Debtor as lessee. Commenced 11-18-2021; terminates 11-18-26 Option to Purchase at end of lease** | |
| State the term remaining | **De Lage Laden Financial Services** **1111 Old Eagle School Road** **Wayne, PA 19087** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **36 month lease of 2021 Lexus 350 Sport. Lease commenced 21-11-2023** | |
| State the term remaining | **Lexus of Toledo** **7505 West Central Avenue** **Toledo, OH 43617** |
| List the contract number of any government contract | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of Forklift Debtor as lessee. Commenced 5-10-2021; ends 12-10-24.** |
| State the term remaining | |
| List the contract number of any government contract | **Miami Industrial Trucks, 130 Stanford Pkwy Findlay, OH 45840** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease. (BPI CF 250 Cartoner) Debtor as lessee 60 month lease, commencing September 2019. Purchase Option at end of Lease. Appraised Value of Bagger: $25,000.00** |
| State the term remaining | |
| List the contract number of any government contract | **Pawnee Leasing 3801 Automation Way, Suite 207 Fort Collins, CO 80525** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of princpal place of business as located at 1930 Indian Wood Circle, Maumee, Ohio. Debtor as lessee.** |
| State the term remaining | |
| List the contract number of any government contract | **Suval Investments LLC 616 MANITOU DRIVE Maumee, OH 43537** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of IR Air Compressor Debtor as Lessee Commenced 8-19-2022; terminates 2-19-2027 Option to purchase at end of lease.** |
| State the term remaining | |
| List the contract number of any government contract | **Wells Fargo 420 Montgomery Street San Francisco, CA 94104** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **YZ Enterprise Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Yuval and Susan Zailouk** | **616 Manitou Drive Maumee, OH 43537** | **Northview Capital LLC** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Yuval and Susan Zailouk** | **616 Manitou Drive Maumee, OH 43537** | **US Small Business Administration** | ☐ D _____<br>■ E/F   **3.61**<br>☐ G _____ |
| 2.3 | **Yuval and Susan Zailouk** | **616 Manitou Drive Maumee, OH 43537** | **Headway Capital** | ☐ D _____<br>■ E/F   **3.23**<br>☐ G _____ |
| 2.4 | **Yuval and Susan Zailouk** | **616 Manitou Drive Maumee, OH 43537** | **Unique Funding Solutions** | ☐ D _____<br>■ E/F   **3.60**<br>☐ G _____ |
| 2.5 | **Yuval and Susan Zailouk** | **616 Manitou Drive Maumee, OH 43537** | **OnDeck** | ☐ D _____<br>■ E/F   **3.37**<br>☐ G _____ |

24-31033-jpg     Doc 1     FILED 05/31/24     ENTERED 05/31/24 13:16:18     Page 33 of 55

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.6 | Yuval and Susan Zailouk | 616 Manitou Drive Maumee, OH 43537 | TVT Capital | ☐ D _____ <br> ▮ E/F ___3.57___ <br> ☐ G _____ |
|---|---|---|---|---|
| 2.7 | Yuval and Susan Zailouk | 616 Manitou Drive Maumee, OH 43537 | Channel Partners Capital | ☐ D _____ <br> ▮ E/F ___3.13___ <br> ☐ G _____ |
| 2.8 | Yuval Zailouk | 616 Manitou Drive Maumee, OH 43537 | American Express | ☐ D _____ <br> ▮ E/F ___3.2___ <br> ☐ G _____ |
| 2.9 | Yuval and Susan Zailouk | 616 Manitou Drive Maumee, OH 43537 | Amur Equipment Finance, Inc | ☐ D _____ <br> ☐ E/F _____ <br> ▮ G ___2.1___ |
| 2.10 | Yuval Zailouk | 616 Manitou Drive Maumee, OH 43537 | Lexus of Toledo | ☐ D _____ <br> ☐ E/F _____ <br> ▮ G ___2.3___ |

Debtor name  **YZ Enterprise Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
amended filing

<u>Official Form 207</u>

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$540,769.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,620,637.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,609,646.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Crystal Lake LLC**<br>**P.O. Box 251**<br>**Atwood, IN 46502** | **Past 90 days** | **$9,341.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Phoenix Services**<br>**5800 Monroe Street**<br>**Suite B**<br>**Sylvania, OH 43560** | **Past 90 days** | **$29,922.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Sofo Foods**<br>**253 Waggoner Blvd**<br>**Toledo, OH 43612** | **Past 90 days** | **$17,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Lipari**<br>**26661 Bunert Rd.**<br>**Warren, MI 48089** | **Past 90 days** | **$9,145.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Weaver Nut Company**<br>**1560 Joel Dr.**<br>**Suite 2**<br>**Lebanon, PA 17046** | **Past 90 days** | **$8,919.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Suval Investments LLC**<br>**616 MANITOU DRIVE**<br>**Maumee, OH 43537**<br>**Owned by owners of Debtor** | **Over past year** | **$24,200.00** | **Rent on Debtor's princpal place of business.** |
| 4.2. **Tamar Markham**<br>**616 Manitou Drive**<br>**Maumee, OH 43537**<br>**Officer** | **$2000 per month over past year** | **$24,000.00** | **Repayment of Loan made to company for purchase of Equipment.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Unique Funding Soutions v. YZ Enterprises, et al**<br>**24-006943** | **Collection** | **Broward County Florida Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

| Debtor | YZ Enterprise Inc. | Case number *(if known)* | |
|---|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Diller & Rice LLC 124 E. Main St. Van Wert, OH 45891 | | | $5,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | BPI Equipment 12655 Sandy Drive Granger, IN 46530 | Rotary Pick Fill Packing Machine and related equipment Received $10000 discount on lease to purchase New Bagging Machine financed by Amur Equipment Finance, Inc | 6-2023 | $10,000.00 |
| | Relationship to debtor None | | | |

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Huntington Bank**<br>**2361 Morse Road**<br>**Columbus, OH 43229** | **XXXX-3574** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 2024** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

### Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Demarco and Associates**<br>**845 Commerce Dr. Suite**<br>**Perrysburg, OH 43551** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Northview Capital LLC**<br>**2516 Waukegan Road, Suite 385**<br>**Glenview, IL 60025** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tamar Markham | 29227 East River Road<br>Perrysburg, OH 43551 | CEO | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Markham | 29227 East River Road<br>Perrysburg, OH 43551 | Executive VP | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Susan Zailouk | 616 Manitou Drive<br>Maumee, OH 43537 | Vice President | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Yuval Zailouk | 616 Manitou Drive<br>Maumee, OH 43537 | President | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

24-31033-jpg    Doc 1    FILED 05/31/24    ENTERED 05/31/24 13:16:18    Page 41 of 55

**control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Tamar Markham**<br>**29227 East River Road**<br>**Perrysburg, OH 43551** | **Biweekly Salary of $3600.**<br>**Some salary payments not made.** | **Past Year** | **Salary** |
| | Relationship to debtor<br>**CEO** | | | |
| 30.2 . | **Jason Markham**<br>**29227 East River Road**<br>**Perrysburg, OH 43551** | **Biweekly salary of $3,384.65**<br>**Some Salary payments not made** | **Over past year.** | **Salary** |
| | Relationship to debtor<br>**Executive VP** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Voya 401(k) plan for employees** | **EIN:** |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 31, 2024**

**/s/ Tamar Markham**                                **Tamar Markham**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Ohio

In re __YZ Enterprise Inc.__                                   Case No. _____

                                              Debtor(s)          Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept                    $              **5,000.00**

     Prior to the filing of this statement I have received          $              **5,000.00**

     Balance Due                                                    $                  **0.00**

2.  The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__May 31, 2024__                          __/s/ Eric Neuman__
*Date*                                    **Eric Neuman**
                                          *Signature of Attorney*
                                          **Diller and Rice, LLC**
                                          **124 East Main Street**
                                          **Van Wert, OH 45891**
                                          **419-238-5025  Fax: 419-238-4705**
                                          **Steven@drlawllc.com; Kim@drlawllc.com;**
                                          **Eric@drlawllc.com**
                                          *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Ohio

In re   **YZ Enterprise Inc.**                   Case No.

                                        Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Susan Zailouk**<br>**616 Manitou Drive**<br>**Maumee, OH 43537** | | **50%** | **Stock** |
| **Yuval Zailouk**<br>**616 Manitou Drive**<br>**Maumee, OH 43537** | | **50%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 31, 2024**                 Signature  **/s/ Tamar Markham**

                                                      **Tamar Markham**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**

**Northern District of Ohio**

In re    **YZ Enterprise Inc.** _____    Case No. _____

                                          Debtor(s)    Chapter    **11** _____


# VERIFICATION OF CREDITOR MATRIX


I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.




Date:    **May 31, 2024** _____        **/s/ Tamar Markham** _____

                                                       **Tamar Markham**/CEO

                                                       Signer/Title

Absopre Water Company
Dept #11-130103
P.O. Box 701760
Plymouth, MI 48170


American Express
P.O. Box 60189
City of Industry, CA 91716


American Express
P.O. Box 0001
Los Angeles, CA 90096


Amur Equipment Finance, Inc
PO Box 202136
Florence, SC 29502


Antibus Scales and Systems
705 West Newton
Bowling Green, OH 43402


Arcbest
P.O. Box 10048
Fort Smith, AR 72917


Arrowhead Architectural
P.O. Box 430
OH 45537


B&B Box Company
26490 Southpoint Road
Perrysburg, OH 43551


Bank of America
P.O. Box 660441
Dallas, TX 75266


Bank of America
P.O. Box 15796
Wilmington, DE 19886


BAPU Almond Co.
24341 AVENUE 14
Madera, CA 93637

Bell Flavors
10618 Paysphere Circle
Chicago, IL 60674


Bon Sales and marketing
3742 Crown Hill Drive
Santa Rosa, CA 95409


BPI Equipment
12655 Sandy Drive
Granger, IN 46530


Brighthouse
P.O. Box 4262
Clinton, IA 52733


Channel Partners Capital
10900 Wayzata Blvd
Suite 300
Hopkins, MN 55305


Complete Refrigeration, LLC
9970 Old Airport Highway
Monclova, OH 43542


Crystal Lake LLC
P.O. Box 251
Atwood, IN 46502


De Lage Laden Financial Services
1111 Old Eagle School Road
Wayne, PA 19087


Detroit Forming
3707 W. Maple Road
Suite 100
Bloomfield Hills, MI 48301


Fed Ex Freight
P.O. Box 223125
Pittsburgh, PA 15251


Foremost
19211 144th Avenue NE
Woodinville, WA 98072

Franklin Capital Holdings LLC
600 Central Ave
Suite 212
Highland Park, IL 60035


Grace Imaging LLC
1722 Indian Wood Circle
Maumee, OH 43537


Great lakes Scientific
2847 Lawrence Street
Stevensville, MI 49127


Grote Company
Dept. L-1021
Columbus, OH 43260


Headway Capital
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604


Hobart Corporation
43442 N. I-94 Service Drive
Belleville, MI 48111


Huntington FIA Card Services
P.O. Box 15710
Wilmington, DE 19886


Hygiena
941 Avenida Acaso
Camarillo, CA 93012


Image Group
1255 Corporate Drive
Holland, OH 43528


Ingersoll Rand Air Centers
15768 Collection Center Drive
Chicago, IL 60693


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114

Internal Revenue Service
Insolvency Group 6
1240 East Ninth Street, Room 493
Cleveland, OH 44199


Jason Markham
29227 East River Road
Perrysburg, OH 43551


Jones and Henry Laboratories
2567 Tracy Road
Northwood, OH 43619


Kellermeyer Imperaldade
2647 Momentum Place
Chicago, IL 60689


Lexus of Toledo
7505 West Central Avenue
Toledo, OH 43617


Lion Raisins
P.O. Box 1350
Selma, CA 93662


Logistic Freight Solutions Inc.
P.O. Box 227008
Miami, FL 33222


Logistics Unlimited Pallets
26329 Bowman Road
Defiance, OH 43512


Miami Industrial Trucks
P.O. Box 632616
Cincinnati, OH 45263


Miami Industrial Trucks,
130 Stanford Pkwy
Findlay, OH 45840


Moriatry Machinery and Supply
143 Broadway
Toledo, OH 43604

Network Lawn and Landscape
P.O. Box 391
Maumee, OH 43537


Northview Capital LLC
2516 Waukegan Road, Suite 385
Glenview, IL 60025


Ohio Attorney General
Collections Enforcement Section
Attention: Bankruptcy Unit
30 East Broad St., 16th Floor
Columbus, OH 43215


Ohio Bureau of Workers' Compensatio
Attn:  Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215


Ohio Department of Job & Family Ser
P.O. Box 182830
Columbus, OH 43218


Ohio Dept. of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216


OnDeck
4700 W. Daybreak Pkwy.
Suite 200
South Jordan, UT 84009


Opus Packaging New Bremen
Department 6078
P.O. Box 30516


Orkin Pest Control
6537 Angola Road
Holland, OH 43528


Orthodox Union
40 Rector Street
4th Floor
New York, NY 10006

Pawnee Leasing
3801 Automation Way, Suite 207
Fort Collins, CO 80525


Phoenix Services
5800 Monroe Street
Suite B
Sylvania, OH 43560


Piggot Ltd
Thomas D. Pigott
Unit H
Toledo, OH 43617


PPC Flexible Packaging
1111 Busch Parkway
Buffalo Grove, IL 60089


Provisions Marketing Group
1000 Fieldstone Court
Elgin, IL 60120


Qualitech Co.
318 Lake Hazeltine Drive
Chaska, MN 55318


Renhill HR on Demand
2650 N. Reynolds Road
Toledo, OH 43615


Safeway Shredding
P.O. Box 930327
Wixom, MI 48393


Sandusky Packaging Corp.
2016 George Street
Sandusky, OH 44870


Santucci Associates
1010 Mill Creek Drive
Feasterville Trevose, PA 19053


Schneider Son's Electric Corp
1556 Oak Street
Toledo, OH 43605

Shumaker, Loop and Kendrick
P.O. Box 714625

Sofo Foods
253 Waggoner Blvd
Toledo, OH 43612

Superior Packaging of Toledo
2958 Airport Highway
Toledo, OH 43603

Suval Investments LLC
616 MANITOU DRIVE
Maumee, OH 43537

Tailer Trading Group Inc.
P.O. Box 692
Blairstown, NJ 07825

Tamar Markham
29227 East River Road
Perrysburg, OH 43551

The Ohio and Michigan Paper Company
350 4th Street
Perrysburg, OH 43551

TVT Capital
1407 Broadway
New York, NY 10018

Unifirst Corp.
P.O. Box 650481
Dallas, TX 75265

Unifirst First Aid and Safety
3499 Rider Trail South
Brookfield, WI 53045

Unique Funding Solutions
71 S Central Ave
Valley Stream, NY 11580

Unique Funidng Solutions
1915 Hollywood Blvd
Suite 200
Hollywood, FL 33020


United States Attorney
Suite 308, Four Seagate, Third Fl.
Toledo, OH 43604


US Small Business Administration
District Counsel
1350 Euclid Avenue, Suite 211
Cleveland, OH 44121-5000


V&A Risk Services
2730 Centenial Road
Toledo, OH 43617


Welch Packaging Toledo
P.O. Box 856421
Minneapolis, MN 55485


Wells Fargo
420 Montgomery Street
San Francisco, CA 94104


Yuval and Susan  Zailouk
616 Manitou Drive
Maumee, OH 43537


Yuval and Susan Zailouk
616 Manitou Drive
Maumee, OH 43537

## United States Bankruptcy Court
### Northern District of Ohio

In re   **YZ Enterprise Inc.** _____    Case No. _____

                    Debtor(s)             Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**YZ Enterprise Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__May 31, 2024_____      **/s/ Eric Neuman**_____
Date                                  **Eric Neuman**
                                       Signature of Attorney or Litigant
                                       Counsel for    **YZ Enterprise Inc.**
                                       **Diller and Rice, LLC**
                                       **124 East Main Street**
                                       **Van Wert, OH 45891**
                                       **419-238-5025 Fax:419-238-4705**
                                       **Steven@drlawllc.com; Kim@drlawllc.com; Eric@drlawllc.com**