UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: YZ Enterprise, Inc.

CASE NO.: 24-31033

JUDGE: John P. Gustafson

Debtor(s)

**Amendment to Petition, Schedules, Creditor Matrix,
Statement of Financial Affairs Pursuant to Bankruptcy Rule 1009**

The attachments hereto amend the following:

- [ ] A/B
- [ ] C
- [ ] D
- [X] E/F

- [ ] G
- [ ] H
- [ ] I
- [ ] J
- [X] Summary of Schedules

- [X] Matrix
- [ ] Statement of Financial Affairs

- [ ] Other

Debtor(s) represent that the amendments attached contain full and true statements of facts set forth therein, as required by the provisions of Title 11 United States Code and Federal Bankruptcy Rules of Procedure and/or Local Bankruptcy Rules relating to the debtor.

Pursuant to Bankruptcy Rule 1008, Debtor(s) Tamar Markham and _____ certify under penalty of perjury that the foregoing is true and correct.

Executed on: June 4th, 2024

*/s/ Tamar Markham*
Signature of Debtor

_____
Signature of Debtor

**Fill in this information to identify the case:**

Debtor name: **YZ Enterprise Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known): **24-31033**

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................... $ **811,199.99**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................... $ **811,199.99**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **225,902.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $ **45,200.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **3,480,087.31**

4. **Total liabilities** ............................................................................................................................
    Lines 2 + 3a + 3b $ **3,751,189.31**

| | | |
|---|---|---|
| **Fill in this information to identify the case:** | | |
| Debtor name | **YZ Enterprise Inc.** | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO | |
| Case number (if known) | **24-31033** | |

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** <br> Club Demonstration Services, Inc. <br> 15310 Barranca Parkway <br> Irvine, CA 92618 <br><br> Date(s) debt was incurred  **1=2024** <br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Costco Demos** <br><br> Is the claim subject to offset?   ■ No   ☐ Yes | **$13,001.86** |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 13,001.86 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 13,001.86 |

Amended Creditor Matrix

```
Club Demonstration Services, Inc.
15310 Barranca Parkway
Irvine, CA 92618
```

# CERTIFICATE OF SERVICE

(Service addresses for Creditors and Parties-in-Interest must be listed as per LBR 9013-3)

Pursuant to Bankruptcy Rule 1009(a), I certify that on this 4th day *June 2024*, a copy of this amendment, together with a copy of the Notice of Commencement of Case and Meeting of Creditors, was sent to the following additional creditors or original creditors with corrected addresses, United States Trustee, and case Trustee at the addresses listed below or attached hereto:

Name: Club Demonstration Services, Inc.
Address: 15310 Barranca Parkway
Irvine, CA 92618

Name:
Address:

Name:
Address:

Name:
Address:

Name:
Address:

Name:
Address:

Name: United States Trustee
Address:

Case Trustee:
Address:

By: _____
Signature of Pro Se Debtor or Attorney

- Original must be filed with the Clerk's Office. *Mandatory electronic filers* are required to submit this form and all amended attached documents via the Court's electronic filing system.
- Amendments adding creditors must be accompanied by a matrix listing <u>only</u> the creditor names and addresses being added. *Electronic filers must upload creditor address changes at time of filing.* See LBR 1007-2.
- **Amendments or changes to the matrix or list of creditors may require a filing fee.**