**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In Re: | * | Case No. 24-31033 |
| | | Judge John Gustafson |
| | * | |
| YZ Enterprises Inc. | | Chapter 11 Proceeding |
| | * | |
| Debtor | | |
| | * | |
| | * | |
| * | * | * |

**NOTICE REGARDING ENTRY OF INTERIM ORDER ON CASH COLLATERAL**

Now comes the Debtor, YZ Enterprises Inc. ("Debtor"), by and through undersigned counsel, and hereby gives notice that on June 5, 2024, the Court entered an interim order on cash collateral. (Doc. No. 22). A further hearing on the Debtor's use of cash collateral has been set for July 9, 2024 at 1:30 p.m. in Courtroom Number 2, PNC Bank Building, 405 Madison Avenue, Toledo, Ohio.

Respectfully submitted

/s/Eric R. Neuman
Eric R. Neuman (0069794)
DILLER & RICE
Attorney for Debtor
1105-1107 Adams Street
Toledo, Ohio 43604
Phone: (419) 724-9047
Fax: (419) 238-4705
eric@drlawllc.com

**CERTIFICATION**

I, Eric Neuman, do hereby certify that, pursuant to Bankruptcy Rule 4001(b)(1)(C), a copy of this Notice regarding the Court's Order on Cash Collateral was sent this 7th day of June 2024, to the list of creditors and/or interested parties listed below.

/s/Eric R. Neuman
Eric R. Neuman

**Notice will be electronically mailed to:**

Kimberly Ross Clayson    kclayson@taftlaw.com
Dov Y. Frankel    dfrankel@taftlaw.com, docket@taftlaw.com;welcht@taftlaw.com;horvath@taftlaw.com
Patricia B. Fugee    patricia.fugee@fisherbroyles.com, cpbf11@trustesolutions.net
Spencer Lutz    spencer.lutz@usdoj.gov
Eric R. Neuman    eric@drlawllc.com, kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;leanne@drlawllc.com;cara@drlawllc.com
United States Trustee    (Registered address)@usdoj.gov

**Notice will be mailed to:**

See attached list

Arcbest
P.O. Box 10048
Fort Smith, AR 72917

Bank of America
P.O. Box 660441
Dallas, TX 75266

Renhill HR on Demand
2650 N. Reynolds Road
Toledo, OH 43615

BAPU Almond Co.
24341 AVENUE 14
Madera, CA 93637

Channel Partners Capital
10900 Wayzata Blvd Suite 300
Hopkins, MN 55305

Crystal Lake LLC
P.O. Box 251
Atwood, IN 46502

Headway Capital
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604

Jason Markham
29227 East River Road
Perrysburg, OH 43551

Logistic Freight Solutions Inc.
P.O. Box 227008
Miami, FL 33222

Northview Capital LLC
2516 Waukegan Road, Suite 385
Glenview, IL 60025

OnDeck
4700 W. Daybreak Pkwy. Suite 200
South Jordan, UT 8400

Phoenix Services
5800 Monroe Street Suite B
Sylvania, OH 43560

PPC Flexible Packaging
1111 Busch Parkway
Buffalo Grove, IL 60089

Suval Investments LLC
616 MANITOU DRIVE
Maumee, OH 43537

Tailer Trading Group Inc.
P.O. Box 692
Blairstown, NJ 07825

TVT Capital
1407 Broadway
New York, NY 10018

Unique Funding Solutions
71 S Central Ave Valley
Stream, NY 11580

US Small Business Administration
District Counsel
1350 Euclid Avenue, Suite 211
Cleveland, OH 44121-5000

Yuval and Susan Zailouk
616 Manitou Drive
Maumee, OH 43537

Franklin Capital Holdings LLC
600 Central Ave Suite 212
Highland Patk, IL 60035