# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE:                          CASE NO.: **24-31033**

**YZ Enterprise Inc.**                JUDGE: **John P. Gustafson**

Debtor(s)

## Amendment to Petition, Schedules, Creditor Matrix
## Statement of Financial Affairs Pursuant to Bankruptcy Rule 1009

The attachments hereto amend the following:

☐ A/B      ☐ C      ☐ D      ☑ E/F

☐ G      ☐ H      ☐ I      ☐ J      ☐ Summary of Schedules

☐ Matrix      ☐ Statement of Financial Affairs

☐ Other

Debtor(s) represent that the amendments attached contain full and true statements of facts set forth therein, as required by the provisions of Title 11 United States Code and Federal Bankruptcy Rules of Procedure and/or Local Bankruptcy Rules relating to the debtor.

       Pursuant to Bankruptcy Rule 1008, Debtor(s) **YZ Enterprise Inc.** and _____ certify under penalty of perjury that the foregoing is true and correct.

Executed on: **June 20, 2024**             /s/Tamar Markham
                                                       Signature of Debtor

# CERTIFICATE OF SERVICE

(Service addresses for Creditors and Parties-in-Interest must be listed as per LBR 9013-3)

Pursuant to Bankruptcy Rule 1009 (a), I certify that on this __20__ day of __June__, 20 __24__, a copy of this amendment, together with a copy of the Notice of Commencement of Case and Meeting of Creditors, was sent to the following additional creditors or original creditors with corrected addresses, United States Trustee and case Trustee at the addresses listed below or attached hereto:

Name: Roche Bros.
Address: 11 Hampshire Road
Mansfield, MA 02048

Name:
Address:

Name:
Address:

Name:
Address:

Name: United States Trustee
Address: 201 Superior Ave E Suite 441
Cleveland, OH 44114

Name:
Address:

By: /s/ Eric Neuman
**Eric Neuman**
Signature of Pro Se Debtor or Attorney

- Original must be filed with the Clerk's Office. *Mandatory electronic filers* are required to submit this form and all amended attached documents via the Court's electronic filing system.
- Amendments adding creditors must be accompanied by a matrix listing <u>only</u> the creditor names and addresses being added. *Electronic filers must upload creditor address changes at time of filing*. See LBR 1007-2.
- **Amendments or changes to the matrix or list of creditors may require a filing fee.**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | YZ Enterprise Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | 24-31033 |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ 811,199.99

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ 811,199.99

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ 225,902.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... $ 45,200.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 3,484,320.01

4. **Total liabilities** ..................................................................................................................... $ 3,755,422.01
   Lines 2 + 3a + 3b

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,232.70 |
|---|---|---|---|
| | **Roche Bros.**<br>**11 Hampshire Street**<br>**Mansfield, MA 02048** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Trade Creditor**<br>Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

   **Total of claim amounts**

   | | | |
   |---|---|---|
   | 5a. Total claims from Part 1 | 5a. $ | 0.00 |
   | 5b. Total claims from Part 2 | 5b. + $ | 4,232.70 |
   | 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 4,232.70 |

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | YZ Enterprise Inc.<br>Name | EIN: 34–1590297 | |
| United States Bankruptcy Court | Northern District of Ohio | Date case filed for chapter: | 11  5/31/24 |
| Case number: | 24–31033–jpg | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case 10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | YZ Enterprise Inc. | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 1930 Indian Wood Circle<br>Maumee, OH 43537 | |
| 4. **Debtor's attorney**<br>Name and address | Eric R. Neuman<br>1107 Adams Street<br>Toledo, OH 43604 | Contact phone  419–244–8500<br><br>Email:  eric@drlawllc.com |
| 5. **Bankruptcy trustee**<br>Name and address | Patricia B. Fugee<br>FisherBroyles, LLP<br>27100 Oakmead Drive<br>306<br>Perrysburg, OH 43551 | Contact phone  419–874–6859<br><br>Email:  patricia.fugee@fisherbroyles.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br>https://www.ohnb.uscourts.gov | United States Bankruptcy Court<br>405 Madison Ave Room 604<br>Toledo, OH 43604 | Hours open:<br>9:00 AM – 4:00 PM<br><br>Contact phone  419–213–5600<br><br>Date: 6/11/24 |

**For more information, see page 2 >**

| 7. | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 1, 2024 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **\*\*\* Valid photo identification required \*\*\*** **\*\*\* Proof of Social Security Number required \*\*\*** | Location: **341 meeting will be conducted remotely., Please check the docket or with the case, trustee for procedures.** |
|---|---|---|---|
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated;* • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | Not yet set. If a deadline is set, the court will send you another notice. |
| 9. | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:** | _____ |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |