# LIQUIDATION ANALYSIS — EXHIBIT A

| Asset | Scheduled Value | Liquidation Value | Secured Claim | Value to Estate | Note |
|---|---|---|---|---|---|
| Cash | $14,352.84 | $14,352.84 | $2,367,833.62 | $0.00 | See Note at bottom |
| Accounts receivable | $32,120.41 | $25,696.33 | $2,353,480.78 | $0.00 | Valuud at 80% |
| Raw Mateirals | $115,503.30 | $0.00 | $2,353,480.78 | $0.00 | Food Stuff. Perishable. Likely has no resale value |
| Work in Progress | $10,217.31 | $0.00 | $2,353,480.78 | $0.00 | Food Stuff. Perishable. Likely has no resale value |
| Finished Products | $53,376.01 | $0.00 | $2,353,480.78 | $0.00 | Food Stuff. Perishable. Unique to Debtor. Likely has no resale value |
| Packaging supplies | $326,812.13 | $65,362.43 | $2,288.118.35 | $0.00 | Valued at 20%. Most of Property is unique to Debtor. |
| Marketing Supplies | $15,817.99 | $3,163.60 | $2,284,954.75 | $0.00 | Valued at 20%. Most of Property is unique to Debtor. |
| Office Furniture | $2,000.00 | $1,000.00 | $2,283,954.75 | $0.00 | Valued at 50% |
| Software | $0.00 | $0.00 | $2,283,954.75 | $0.00 | No resale value |
| Building Improvements. | $0.00 | $0.00 | $2,283,954.75 | $0.00 | Property belongs to Landlord |
| Equipment | $216,000.00 | $154,000.00 | $2,129,954.75 | $0.00 | Liquidation Value per Appraisal. Some equipment subjecct to Leases |
| Tools and Dies | $0.00 | $0.00 | $2,129,954.75 | $0.00 | Property is unique to Debtor. No resale value. |
| BPI Bagging System | $25,000.00 | $12,000.00 | $2,129,954.75 | $0.00 | Liquidation Value per Appraisal. Subject to PMSI claim of De Lage Landen in the amount of $11,243.00 |
| Cartoner | $50,000.00 | $25,000.00 | $2,124,414.50 | $0.00 | Liqudation Value per Appraisal. Subject to PMSI Claim of Pawnee leasing in amount of $19,459.75 |
| Trade Marks | $0.00 | $0.00 | $2,124,414.50 | $0.00 | No liquidation value based upon issue with title |
| Sub Totals | $861,199.99 | $300,575.20 | | $0.00 | |

| Other Deductions | | |
|---|---|---|
| | Priority Claims | $6,139.90 |
| | Chapter 11 Administrative Claims (est) (atty fees and trustee fees) | $20,000.00 |
| | Chapter 7 Adminstrative Costs (Auctioneer) | $30,000.00 |
| | Statutory Fees of Chapter 7 Trustee | $18,278.26 |
| | Total Liquidation Value of Debtor | $0.00 |

Note
At least 3 creditors claim an interest in all of the Debtor's assets.
These Creditors, and the estimated amount of their claims are:
Northview Capital Services: $274,026.99 (Cl. 4).
United States Small Business Administration: $2,000,000.00
Unique Funding Solutions: $93,806.63
Total: $2,367,833.62