The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: August 26 2024

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 24-31033 |
| | ) | |
| **YZ Enterprise Inc.** | ) | Chapter 11-Sub-V |
| | ) | |
| Debtor-in-Possession. | ) | JUDGE JOHN P. GUSTAFSON |
| | ) | |

### ORDER SETTING CONFIRMATION HEARING AND RELATED DEADLINES

On August 19, 2024, the above-referenced Debtor(s) filed a Chapter 11 Small Business Subchapter V Plan [Doc. #66]. In accordance with Fed. R. Bankr. P. 2002(b); 3017(f)(1); 3017.2(a), (b), (c), and (d); 3018; and 3020(b), the court **ORDERS** as follows:

  1) The Court will hold a hearing on Confirmation of the Plan on **September 24, 2024, at 1:30 p.m.,** United States Bankruptcy Court, Courtroom #2, 6th Floor, 405 Madison Avenue, Toledo, Ohio.

  2) On or before **September 17, 2024**, Debtor(s) shall serve a copy of this order, a copy of the Plan, a form of ballot, or standing Trustee, the United States

Trustee, and all creditors and other parties in interest.

3) On or before, **September 13, 2024**, all creditors and other parties in interest entitled to vote on the Plan shall transmit written notice of their acceptance or rejection of the Plan to Debtor's counsel.

4) On or before, **September 13, 2024,** any creditor or other party in interest that wishes to object to confirmation of the Plan must file and serve such written objection. Objections shall state with particularity the basis for the objection.

5) Requests for copies of the plan shall be directed to the counsel(s) for the Debtor-in-Possession, as follows:

>Eric R Neuman
>Diller & Rice LLC
>1107 Adams Street
>Toledo, OH 43604
>(419) 244-8500