In re:  Case No. 24-31033-jpg
YZ Enterprise Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-3 | User: sheym | Page 1 of 4 |
| Date Rcvd: Aug 26, 2024 | Form ID: pdf755 | Total Noticed: 99 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | YZ Enterprise Inc., 1930 Indian Wood Circle, Maumee, OH 43537-4001 |
| cr | + | HR on Demand, LLC, 2650 N. Reynolds Rd., Toledo, OH 43615-2088 |
| acc | + | Leslie A DeMarco, DeMarco & Associates CPAs, LLC, 845 Commerce Dr, Suite 3, Perrysburg,, OH 43551-5269 |
| 27847899 | + | 20 Arcbest, P.O. Box 10048, Fort Smith, AR 72917-0048 |
| 27847904 | + | 20 BAPU Almond Co., 24341 AVENUE 14, Madera, CA 93637-9276 |
| 27847902 | + | 20 Bank of America, P.O. Box 660441, Dallas, TX 75266-0441 |
| 27847909 | + | 20 Channel Partners Capital, 10900 Wayzata Blvd, Suite 300, Hopkins, MN 55305-1576 |
| 27847911 | + | 20 Crystal Lake LLC, P.O. Box 251, Atwood, IN 46502-0251 |
| 27847920 | + | 20 Headway Capital, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604-2863 |
| 27847928 | + | 20 Jason Markham, 29227 East River Road, Perrysburg, OH 43551-2739 |
| 27847933 | + | 20 Logistic Freight Solutions Inc., P.O. Box 227008, Miami, FL 33222-7008 |
| 27847939 | + | 20 Northview Capital LLC, 2516 Waukegan Road, Suite 385, Glenview, IL 60025-1774 |
| 27847944 | + | 20 OnDeck, 4700 W. Daybreak Pkwy., Suite 200, South Jordan, UT 84009-5133 |
| 27847951 | + | 20 PPC Flexible Packaging, 1111 Busch Parkway, Buffalo Grove, IL 60089-4504 |
| 27847949 | + | 20 Phoenix Services, 5800 Monroe Street, Suite B, Sylvania, OH 43560-2263 |
| 27847954 | + | 20 Renhill HR on Demand, 2650 N. Reynolds Road, Toledo, OH 43615-2088 |
| 27847962 | + | 20 Suval Investments LLC, 616 MANITOU DRIVE, Maumee, OH 43537-3731 |
| 27847966 | + | 20 TVT Capital, 1407 Broadway, New York, NY 10018-5100 |
| 27847963 | + | 20 Tailer Trading Group Inc., P.O. Box 692, Blairstown, NJ 07825-0692 |
| 27847964 | + | 20 Tamar Markham, 29227 East River Road, Perrysburg, OH 43551-2739 |
| 27847972 | + | 20 US Small Business Administration, District Counsel, 1350 Euclid Avenue, Suite 211, Cleveland, OH 44115-1815 |
| 27847969 | + | 20 Unique Funding Solutions, 71 S Central Ave, Valley Stream, NY 11580-5495 |
| 27847976 | + | 20 Yuval and Susan Zailouk, 616 Manitou Drive, Maumee, OH 43537-3731 |
| 27847894 | + | Absopre Water Company, Dept #11-130103, P.O. Box 701760, Plymouth, MI 48170-0970 |
| 27847897 | + | Amur Equipment Finance, Inc, PO Box 202136, Florence, SC 29502-2136 |
| 27847898 | + | Antibus Scales and Systems, 705 West Newton, Bowling Green, OH 43402-9026 |
| 27852978 | + | ArcBest, inc., 3801 Old Greenwood Road, Fort Smith, Fort Smith, AR 72903-5937 |
| 27847901 | + | B&B Box Company, 26490 Southpoint Road, Perrysburg, OH 43551-1370 |
| 27847907 | + | BPI Equipment, 12655 Sandy Drive, Granger, IN 46530-4306 |
| 27867160 | + | Bapu Almond Company, Inc., c/o Kurt F. Vote, Wanger Jones Helsley PC, 265 E. River Park Circle, Suite 310, Fresno, CA 93720-1580 |
| 27847905 | + | Bell Flavors, 10618 Paysphere Circle, Chicago, IL 60674-0001 |
| 27847906 | + | Bon Sales and marketing, 3742 Crown Hill Drive, Santa Rosa, CA 95404-7646 |
| 27847908 | + | Brighthouse, P.O. Box 4262, Clinton, IA 52733-4262 |
| 27850875 | + | Club Demonstration Services, Inc, 15310 Barranca Parkway, Irvine, CA 92618-2236 |
| 27847910 | + | Complete Refrigeration, LLC, 9970 Old Airport Highway, Monclova, OH 43542-9555 |
| 27847913 | + | Detroit Forming, 3707 W. Maple Road, Suite 100, Bloomfield Hills, MI 48301-3201 |
| 27847914 | + | Fed Ex Freight, P.O. Box 223125, Pittsburgh, PA 15251-2125 |
| 27847915 | + | Foremost, 19211 144th Avenue NE, Woodinville, WA 98072-6455 |
| 27847916 | + | Franklin Capital Holdings LLC, 600 Central Ave, Suite 212, Highland Park, IL 60035-3256 |
| 27847917 | + | Grace Imaging LLC, 1722 Indian Wood Circle, Maumee, OH 43537-4044 |
| 27847918 | + | Great lakes Scientific, 2847 Lawrence Street, Stevensville, MI 49127-1257 |
| 27847919 | + | Grote Company, Dept. L-1021, Columbus, OH 43260-0001 |
| 27847922 | + | Huntington FIA Card Services, P.O. Box 15710, Wilmington, DE 19886-5710 |
| 27847923 | + | Hygiena, 941 Avenida Acaso, Camarillo, CA 93012-8700 |
| 27847924 | + | Image Group, 1255 Corporate Drive, Holland, OH 43528-9590 |

| | | |
| --- | --- | --- |
| 27847925 | + | Ingersoll Rand Air Centers, 15768 Collection Center Drive, Chicago, IL 60693-0001 |
| 27847929 | + | Jones and Henry Laboratories, 2567 Tracy Road, Northwood, OH 43619-1004 |
| 27847930 | + | Kellermeyer Imperaldade, 2647 Momentum Place, Chicago, IL 60689-0001 |
| 27847931 | + | Lexus of Toledo, 7505 West Central Avenue, Toledo, OH 43617-1523 |
| 27847932 | + | Lion Raisins, P.O. Box 1350, Selma, CA 93662-1350 |
| 27847934 | + | Logistics Unlimited Pallets, 26329 Bowman Road, Defiance, OH 43512-6799 |
| 27847935 | + | Miami Industrial Trucks, P.O. Box 632616, Cincinnati, OH 45263-2616 |
| 27847936 | + | Miami Industrial Trucks,, 130 Stanford Pkwy, Findlay, OH 45840-1732 |
| 27847937 | + | Moriatry Machinery and Supply, 143 Broadway, Toledo, OH 43604-8703 |
| 27866724 | ++ | NORTHVIEW CAPITAL LLC, 2516 WAUKEGAN ROAD, SUITE 385, GLENVIEW IL 60025-1774 address filed with court:, Northview Capital LLC, 2516 Waukegan Road, Suite 385, Glenview, IL 60025 |
| 27847938 | + | Network Lawn and Landscape, P.O. Box 391, Maumee, OH 43537-0391 |
| 27847946 | + | Orkin Pest Control, 6537 Angola Road, Holland, OH 43528-9651 |
| 27847947 | + | Orthodox Union, 40 Rector Street, 4th Floor, New York, NY 10006-1733 |
| 27901456 | + | PPC Flexible Packaging, LLC, Honigman LLP - Attn: Scott B. Kitei, 660 Woodward Ave., 2290 First National Building, Detroit, MI 48226-3506 |
| 27847950 | | Piggot Ltd, Thomas D. Pigott, Unit H, Toledo, OH 43617 |
| 27847952 | + | Provisions Marketing Group, 1000 Fieldstone Court, Elgin, IL 60120-4914 |
| 27847953 | + | Qualitech Co., 318 Lake Hazeltine Drive, Chaska, MN 55318-1093 |
| 27863982 | + | Roche Bros., 11 Hampshire Rd, Mansfield, MA 02048-1113 |
| 27847955 | + | Safeway Shredding, P.O. Box 930327, Wixom, MI 48393-0327 |
| 27847956 | + | Sandusky Packaging Corp., 2016 George Street, Sandusky, OH 44870-1797 |
| 27847957 | + | Santucci Associates, 1010 Mill Creek Drive, Feasterville Trevose, PA 19053-7398 |
| 27891511 | + | Santucci Associates, Inc., 1010 Mill Creek Drive, Feasterville, PA 19053-7321 |
| 27847958 | + | Schneider Son's Electric Corp, 1556 Oak Street, Toledo, OH 43605-3447 |
| 27847960 | + | Sofo Foods, 253 Waggoner Blvd, Toledo, OH 43612-1952 |
| 27847961 | + | Superior Packaging of Toledo, 2958 Airport Highway, Toledo, OH 43609-1404 |
| 27847965 | + | The Ohio and Michigan Paper Company, 350 4th Street, Perrysburg, OH 43551-4338 |
| 27847967 | + | Unifirst Corp., P.O. Box 650481, Dallas, TX 75265-0481 |
| 27847968 | | Unifirst First Aid and Safety, 3499 Rider Trail South, Brookfield, WI 53045 |
| 27899824 | + | Unique Funding Solutions, LLC, 71 S Central Ave, Suite 200, Valley Stream, NY 11580-5403 |
| 27847970 | + | Unique Funidng Solutions, 1915 Hollywood Blvd, Suite 200, Hollywood, FL 33020-4547 |
| 27847971 | | United States Attorney, Suite 308, Four Seagate, Third Fl., Toledo, OH 43604 |
| 27847973 | + | V&A Risk Services, 2730 Centenial Road, Toledo, OH 43617-1829 |
| 27847974 | + | Welch Packaging Toledo, P.O. Box 856421, Minneapolis, MN 55485-6421 |
| 27847977 | + | Yuval and Susan Zailouk, 616 Manitou Drive, Maumee, OH 43537-3731 |

TOTAL: 79

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 27847895 | + | Email/PDF: bncnotices@becket-lee.com | Aug 26 2024 20:54:04 | American Express, P.O. Box 60189, City of Industry, CA 91716-0189 |
| 27847896 | + | Email/PDF: bncnotices@becket-lee.com | Aug 26 2024 20:43:47 | American Express, P.O. Box 0001, Los Angeles, CA 90096-0001 |
| 27880216 | | Email/PDF: bncnotices@becket-lee.com | Aug 26 2024 20:54:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 27847903 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 26 2024 20:43:00 | Bank of America, P.O. Box 15796, Wilmington, DE 19886-5796 |
| 27899428 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 26 2024 20:43:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 27877572 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Aug 26 2024 20:43:00 | De Lage Landen, 1111 Old Eagle School Rd, Wayne, PA 19087 |
| 27847912 | + | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Aug 26 2024 20:43:00 | De Lage Laden Financial Services, 1111 Old Eagle School Road, Wayne, PA 19087-1453 |
| 27858562 | + | Email/Text: jmarshall@jmpartnersllc.com | Aug 26 2024 20:44:00 | Estes Express Lines, 3901 West Broad Street, Richmond, VA 23230-3962 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 27899731 | | Email/Text: headwaybnc@enova.com | Aug 26 2024 20:44:00 | Headway Capital, 175 West Jackson Blvd., Suite 1000, Chicago, IL 60604 |
| 27847921 | + | Email/Text: hope.abke@hobartservice.com | Aug 26 2024 20:45:00 | Hobart Corporation, 43442 N. I-94 Service Drive, Belleville, MI 48111-2495 |
| 27847927 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 26 2024 20:44:00 | Internal Revenue Service, Insolvency Group 6, 1240 East Ninth Street, Room 493, Cleveland, OH 44199-9941 |
| 27888694 | + | Email/Text: RASEBN@raslg.com | Aug 26 2024 20:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 27866724 | | Email/Text: amojica@northviewcapitalllc.com | Aug 26 2024 20:44:00 | Northview Capital LLC, 2516 Waukegan Road, Suite 385, Glenview, IL 60025 |
| 27911698 | + | Email/Text: bankruptcy@ondeck.com | Aug 26 2024 20:45:00 | ODK Capital, LLC, 1400 Broadway, New York, NY 10018-5300 |
| 27847940 | | Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | Aug 26 2024 20:44:00 | Ohio Attorney General, Collections Enforcement Section, Attention: Bankruptcy Unit, 30 East Broad St., 16th Floor, Columbus, OH 43215 |
| 27847941 | | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | Aug 26 2024 20:44:00 | Ohio Bureau of Workers' Compensatio, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215 |
| 27847942 | + | Email/Text: uibankruptcy@jfs.ohio.gov | Aug 26 2024 20:45:00 | Ohio Department of Job & Family Ser, P.O. Box 182830, Columbus, OH 43218-2830 |
| 27847943 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Aug 26 2024 20:45:00 | Ohio Dept. of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
| 27847948 | | Email/Text: bankruptcy@pawneeleasing.com | Aug 26 2024 20:44:00 | Pawnee Leasing, 3801 Automation Way, Suite 207, Fort Collins, CO 80525 |
| 27899823 | ^ | MEBN | Aug 26 2024 20:51:25 | Shanna M. Kaminski, P.O. Box 247, MI, Grass Lake 49240-0247 |
| 27847967 | ^ | MEBN | Aug 26 2024 20:51:38 | Unifirst Corp., P.O. Box 650481, Dallas, TX 75265-0481 |
| 27847975 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 26 2024 20:42:52 | Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bapu Almond Company, Inc. |
| cr | | Northview Capital |
| cr | | PPC Flexible Packaging LLC |
| 27847900 | | Arrowhead Architectural, P.O. Box 430, OH 45537 |
| 27847945 | | Opus Packaging New Bremen, Department 6078, P.O. Box 30516 |
| 27847959 | | Shumaker, Loop and Kendrick, P.O. Box 714625 |
| 27847926 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 27858988 | *P++ | PAWNEE LEASING CORPORATION ATTN SANDI CARR, 3801 AUTOMATION WAY, STE 207, FORT COLLINS CO 80525-5735, address filed with court:, Pawnee Leasing Corporation, 3801 Automation Way Suite 207, Fort Collins, CO 80525 |

TOTAL: 6 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

**Name** — **Email Address**

Bradley R. Waugh
on behalf of Creditor HR on Demand LLC pommeranz@maf-law.com, farell@maf-law.com

Bruce J.L. Lowe
on behalf of Creditor Northview Capital blowe@taftlaw.com CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com

Dov Y. Frankel
on behalf of Creditor Northview Capital dfrankel@taftlaw.com docket@taftlaw.com;welcht@taftlaw.com;horvath@taftlaw.com

Eric R. Neuman
on behalf of Debtor YZ Enterprise Inc. eric@drlawllc.com
kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com

Eric R. Neuman
on behalf of Plaintiff YZ Enterprise Inc. eric@drlawllc.com
kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com

Guillermo J. Rojas
on behalf of Defendant Small Business Administration Guillermo.Rojas@usdoj.gov
dixie.racklyeft@usdoj.gov;rowenda.dellisanti@usdoj.gov;CaseView.ECF@usdoj.gov;USAOHN.BankruptcyTOL@usdoj.gov

Kimberly Ross Clayson
on behalf of Creditor Northview Capital kclayson@taftlaw.com

Kurt F Vote
on behalf of Creditor Bapu Almond Company Inc. kvote@wjhattorneys.com

Lawrence A. Lichtman
on behalf of Creditor PPC Flexible Packaging LLC llichtman@honigman.com litdocket@honigman.com

Patricia B. Fugee
patricia.fugee@fisherbroyles.com cpbf11@trustesolutions.net

Spencer Lutz
on behalf of U.S. Trustee United States Trustee spencer.lutz@usdoj.gov

TOTAL: 11

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: August 26 2024**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 24-31033 |
| | ) | |
| **YZ Enterprise Inc.** | ) | Chapter 11-Sub-V |
| | ) | |
| Debtor-in-Possession. | ) | JUDGE JOHN P. GUSTAFSON |
| | ) | |

### ORDER SETTING CONFIRMATION HEARING AND RELATED DEADLINES

On August 19, 2024, the above-referenced Debtor(s) filed a Chapter 11 Small Business Subchapter V Plan [Doc. #66]. In accordance with Fed. R. Bankr. P. 2002(b); 3017(f)(1); 3017.2(a), (b), (c), and (d); 3018; and 3020(b), the court **ORDERS** as follows:

   1)   The Court will hold a hearing on Confirmation of the Plan on **September 24, 2024, at 1:30 p.m.,** United States Bankruptcy Court, Courtroom #2, 6th Floor, 405 Madison Avenue, Toledo, Ohio.

   2)   On or before **September 17, 2024**, Debtor(s) shall serve a copy of this order, a copy of the Plan, a form of ballot, or standing Trustee, the United States

Trustee, and all creditors and other parties in interest.

3) On or before, **September 13, 2024**, all creditors and other parties in interest entitled to vote on the Plan shall transmit written notice of their acceptance or rejection of the Plan to Debtor's counsel.

4) On or before, **September 13, 2024,** any creditor or other party in interest that wishes to object to confirmation of the Plan must file and serve such written objection. Objections shall state with particularity the basis for the objection.

5) Requests for copies of the plan shall be directed to the counsel(s) for the Debtor-in-Possession, as follows:

> Eric R Neuman
> Diller & Rice LLC
> 1107 Adams Street
> Toledo, OH 43604
> (419) 244-8500