United States Bankruptcy Court
Northern District of Ohio

In re:                                                                    Case No. 24-31033-jpg
YZ Enterprise Inc.                                                        Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:
**Symbol        Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | YZ Enterprise Inc., 1930 Indian Wood Circle, Maumee, OH 43537-4001 |
| cr | + | HR on Demand, LLC, 2650 N. Reynolds Rd., Toledo, OH 43615-2088 |
| acc | + | Leslie A DeMarco, DeMarco & Associates CPAs, LLC, 845 Commerce Dr, Suite 3, Perrysburg,, OH 43551-5269 |
| 27847899 | + | 20 Arcbest, P.O. Box 10048, Fort Smith, AR 72917-0048 |
| 27847904 | + | 20 BAPU Almond Co., 24341 AVENUE 14, Madera, CA 93637-9276 |
| 27847902 | + | 20 Bank of America, P.O. Box 660441, Dallas, TX 75266-0441 |
| 27847909 | + | 20 Channel Partners Capital, 10900 Wayzata Blvd, Suite 300, Hopkins, MN 55305-1576 |
| 27847911 | + | 20 Crystal Lake LLC, P.O. Box 251, Atwood, IN 46502-0251 |
| 27847920 | + | 20 Headway Capital, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604-2863 |
| 27847928 | + | 20 Jason Markham, 29227 East River Road, Perrysburg, OH 43551-2739 |
| 27847933 | + | 20 Logistic Freight Solutions Inc., P.O. Box 227008, Miami, FL 33222-7008 |
| 27847939 | + | 20 Northview Capital LLC, 2516 Waukegan Road, Suite 385, Glenview, IL 60025-1774 |
| 27847944 | + | 20 OnDeck, 4700 W. Daybreak Pkwy., Suite 200, South Jordan, UT 84009-5133 |
| 27847951 | + | 20 PPC Flexible Packaging, 1111 Busch Parkway, Buffalo Grove, IL 60089-4504 |
| 27847949 | + | 20 Phoenix Services, 5800 Monroe Street, Suite B, Sylvania, OH 43560-2263 |
| 27847954 | + | 20 Renhill HR on Demand, 2650 N. Reynolds Road, Toledo, OH 43615-2088 |
| 27847962 | + | 20 Suval Investments LLC, 616 MANITOU DRIVE, Maumee, OH 43537-3731 |
| 27847966 | + | 20 TVT Capital, 1407 Broadway, New York, NY 10018-5100 |
| 27847963 | + | 20 Tailer Trading Group Inc., P.O. Box 692, Blairstown, NJ 07825-0692 |
| 27847964 | + | 20 Tamar Markham, 29227 East River Road, Perrysburg, OH 43551-2739 |
| 27847972 | + | 20 US Small Business Administration, District Counsel, 1350 Euclid Avenue, Suite 211, Cleveland, OH 44115-1815 |
| 27847969 | + | 20 Unique Funding Solutions, 71 S Central Ave, Valley Stream, NY 11580-5495 |
| 27847976 | + | 20 Yuval and Susan Zailouk, 616 Manitou Drive, Maumee, OH 43537-3731 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bapu Almond Company, Inc. |
| cr | | Northview Capital |
| cr | | PPC Flexible Packaging LLC |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley R. Waugh | on behalf of Creditor HR on Demand  LLC pommeranz@maf-law.com, farell@maf-law.com |
| Bruce J.L. Lowe | on behalf of Creditor Northview Capital blowe@taftlaw.com  CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com |
| Dov Y. Frankel | on behalf of Creditor Northview Capital dfrankel@taftlaw.com  docket@taftlaw.com;welcht@taftlaw.com;horvath@taftlaw.com |
| Eric R. Neuman | on behalf of Debtor YZ Enterprise Inc. eric@drlawllc.com  kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com |
| Eric R. Neuman | on behalf of Plaintiff YZ Enterprise Inc. eric@drlawllc.com  kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com |
| Guillermo J. Rojas | on behalf of Defendant Small Business Administration Guillermo.Rojas@usdoj.gov  dixie.racklyeft@usdoj.gov;rowenda.dellisanti@usdoj.gov;CaseView.ECF@usdoj.gov;USAOHN.BankruptcyTOL@usdoj.gov |
| Kimberly Ross Clayson | on behalf of Creditor Northview Capital kclayson@taftlaw.com |
| Kurt F Vote | on behalf of Creditor Bapu Almond Company  Inc. kvote@wjhattorneys.com |
| Lawrence A. Lichtman | on behalf of Creditor PPC Flexible Packaging LLC llichtman@honigman.com  litdocket@honigman.com |
| Patricia B. Fugee | patricia.fugee@fisherbroyles.com  cpbf11@trustesolutions.net |
| Spencer Lutz | on behalf of U.S. Trustee United States Trustee spencer.lutz@usdoj.gov |

TOTAL: 11

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_John P. Gustafson_
_United States Bankruptcy Judge_

**Dated:  August 29 2024**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:                                                        Chapter 11

YZ Enterprise Inc.,

       Debtor.                                          Judge John P. Gustafson

_____/                Case No. 24-31033


STIPULATED ORDER ALLOWING
ADMINISTRATIVE EXPENSE CLAIM OF
PPC FLEXIBLE PACKAGING LLC UNDER 11 U.S.C. § 503(b)(9)

     YZ Enterprise Inc. (the "Debtor") and PPC Flexible Packaging LLC ("PPC") filed a

stipulation [Docket No. 73] (the "Stipulation") consenting to the terms of this Order.  The Court

has reviewed the Stipulation and other pertinent pleadings.  Based upon the Stipulation, the

Court finds good cause to enter this Order.

     **THE COURT HEREBY ORDERS THAT:**

57164207.1

1.  The Motion is GRANTED;

2.  PPC is granted an allowed administrative expense claim against the Debtor pursuant to 11 U.S.C. § 503(b)(9) in the amount of $31,689.99 (the "Allowed Administrative Expense Claim").

3.  The Allowed Administrative Expense Claim shall be paid in accordance with the *Debtor's Chapter 11 Plan Under Subchapter V of Title 11 of the United States Code* [Docket No. 66] (the "Plan").

4.  If the Debtor amends the Plan or files a new plan, such plan shall provide that the Allowed Administrative Expense Claim shall be paid pro-rata, on a monthly basis, with other administrative claims and in the order of priority set forth in §§ 503 and 507 of the Bankruptcy Code, or in such other manner as agreed by PPC and the Debtor.

5.  Nothing in this Order shall impact the unsecured claim filed by PPC in the Debtor's chapter 11 case.

57164207.1