EXHIBIT A

| EXHIBIT A | | | | |
|---|---|---|---|---|
| 2024 | November | December | January | Total |
| **REVENUE-INFLOW** | | | | |
| Revenue | 100000.00 | 100000.00 | 100000.00 | 300000.00 |
| **TOTAL INFLOW** | **100000.00** | **100000.00** | **100000.00** | **300000.00** |
| **EXPENSES - OUTLFOWS** | | | | |
| Payroll | 30000.00 | 30000.00 | 30000.00 | 90000.00 |
| Health Insurance | 2668.15 | 2668.15 | 2668.15 | 8004.45 |
| Credit Card Fees | 500.00 | 500.00 | 500.00 | 1500.00 |
| Maint./Repair/Lawn Ground | 1750.00 | 1750.00 | 1750.00 | 5250.00 |
| Equipment Lease/Purchase | 4000.00 | 4000.00 | 4000.00 | 12000.00 |
| Utilites/Phone/Fuel | 3000.00 | 3000.00 | 3000.00 | 9000.00 |
| BWC and Liabilty Ins/Unemp | 3713.00 | 3713.00 | 3713.00 | 11139.00 |
| Bank Chrg/Interest | 120.00 | 120.00 | 120.00 | 360.00 |
| 401K Expenses | 400.00 | 400.00 | 400.00 | 1200.00 |
| Ingredients and Packaging | 40000.00 | 40000.00 | 40000.00 | 120000.00 |
| Real Estate Taxes | 2966.48 | 2966.48 | 2966.48 | 8899.44 |
| Accounting/Legal fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Lease of Business Facility | 3000.00 | 3000.00 | 3000.00 | 9000.00 |
| Misc. Expenses | 2500.00 | 2500.00 | 2500.00 | 7500.00 |
| **TOTAL EXPENSES - OUTFLOWS** | **94617.63** | **94617.63** | **94617.63** | **283852.89** |
| **Adequate Protection Payment - Northview** | 4000.00 | 4000.00 | 4000.00 | 12000.00 |
| **NET CASH FLOWS** | **1382.37** | **1382.37** | **1382.37** | **4147.11** |